United States District Court
Southern District of Texas
**ENTERED**
December 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Tiffany I. Barksdale,<br>    Plaintiff,<br><br>v.<br><br>Dynamic Recovery Solutions, LLC,<br>    Defendant. | § § § § § § § § §   CIVIL ACTION NO. H-20-3508 |

## O R D E R

On December 16, 2020, the parties announced that a settlement has been reached in this action.  Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within forty-five (45) days of entry of this order on presentation of adequate proof that the settlement could not be consummated.  All motions currently pending are **DENIED** without prejudice.  Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 16th day of December, 2020.

SIM LAKE
UNITED STATES DISTRICT JUDGE